


FILED-USDC-NDTX-DA
'25 OCT 29 AM9:29



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| **ELMER STEWART RHODES III**<br>140 Bucees Boulevard<br>Suite 300 PMB#467<br>Melissa, Texas 75454<br>Tel: (469) 936-0176<br><br>               Plaintiff,<br><br>     v. | CIVIL COMPLAINT<br><br>Case No. _____<br><br>TRIAL BY JURY DEMANDED<br><br>3-25CV2924-E |

**USA TODAY, a brand of**
Gannett Co., Inc.[1]
1675 Broadway, 23rd Floor
New York, NY 10019
Tel: (703) 854-6000

      and

**GANNETT Co., Inc.**
**Doing Business as USA TODAY**
Serve:  CORPORATION SERVICE COMPANY
Registered Agent
100 Shockoe Slip, Second Floor
Richmond, VA, 23219 - 4100,

      and

**USA TODAY**
A Division of Gannett Satellite
Information Network, LLC[2]
7950 Jones Branch Drive
McLean, Virginia 22102

      and

**WILL CARLESS, Reporter**

---

[1]    As stated by Gannett Co., on its website https://www.gannett.com/brands/
[2]    As stated by USA Today's website at Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.  https://www.usatoday.com/story/news/investigations/2024/10/28/stewart-rhodes-prison-jan-6-family-fears-trump-pardon/75841506007/

c/o **USA TODAY**
Gannett Co., Inc.
1675 Broadway, 23rd Floor
New York, NY 10019
Switchboard: (703) 854-6000

and

**TASHA ADAMS**
*c/o SHIP EUREKA*
65975 Mt. Hwy 37
Eureka, Montana, 59917

               Defendants.

The Plaintiff, Elmer Stewart Rhodes III, hereby sues the Defendants for defamation, civil conspiracy including dishonest for partisan political campaign purposes, and intentional infliction of emotional distress.

## I.    JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 (Federal Diversity Jurisdiction). This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

2. USA Today announces its principal headquarters ("nerve center") in Virginia, moving from Rosslyn, to two locations in McLean. The corporate host of the USA Today division announces its principal headquarters ("nerve center") in New York City.

3. However, Gannett Co, Inc. announced a Post Office Box (only) mailing address in Texas. No Texas location or address is advertised for any other purpose but receiving mail. This would indicate a general presence in Texas merely to process subscriptions to mail out newspapers, because of the context of a Post Office Box but no street

address announced in Texas. Therefore, it appears that the Texas address is what is called a "fulfillment" center or contractor, not administrative or journalist offices.

4. Therefore, under the so-called "nerve center" test USA Today is not a corporate citizen or resident of Texas for diversity purposes but does have minor operations sufficient for personal jurisdiction under *International Shoe, Inc. v. Washington.*

5. At all times relevant herein, the Defendants actually and clearly knew that Stewart Rhodes resided in Texas and intended to indefinitely remain in Texas, after separating from his ex-wife Tasha Adams by leaving Montana years ago.

6. Venue is proper pursuant to 18 U.S.C. § 1965 and 28 U.S.C. § 1391(b)(2), (3), and (e) because the lead Plaintiff Elmer Stewart Rhodes, III is a long-time resident of Texas in this District.

## II.    SUMMARY OF THE PARTIES

7. Plaintiff relies on these statements about the Parties as components of his claims in chief and also makes statements elsewhere informative of the Parties.

A. **Plaintiff Elmer Stewart Rhodes III is** a citizen of the United States of America and of the State of Texas.

B. **Defendant USA Today**, as a division of Gannett Co., Inc., is a nationwide newspaper along with all of its news gathering and distribution procedures.

C. **Defendant Will Carless** is a reporter for USA Today, but Plaintiff contends that he has had a disparaging obsession with the Plaintiff and the peaceful, civic-minded Oath Keepers for a long time. His fixation on defaming the noble and civic service organization of the Oath Keepers indicates actual malice of a different level than the recklessness of USA Today itself.

D. **TASHA ADAMS** was married to Elmer Stewart Rhodes and they resided in Montana.  She still lives in Montana.   Plaintiff is convinced that Will Carless, USA Today, and other media sought out Tasha Adams to bash Rhodes and thereby discredit conservatives and especially Donald Trump, including because one man's divorce – in which divorces are notorious for over-the-top hostile and disparaging allegations.  However, in that exact tendency, Adams did go out of her way not just to make private complaints or unfounded allegations in divorce court but sought to destroy Rhodes nation-wide in public.

## III.   GENERAL FACTS COMMON TO ALL COUNTS

8. Stewart Rhodes was the Founder and President of the Oath Keepers, an organization of military veterans, former police, and former fire-fighters determined to continue to serve their communities by helping protect and aid civilians in natural disasters, such as hurricanes, wildfires, tornadoes or the like.

9. The Oath Keepers' message as clearly shown on their website (as preserved by the "Way Back Machine" archive) and activities, informational publications, and news coverage was that the duty to the community for those who serve in the military, police, fire-fighting, should continue for the benefit of civilians and the people even after their official positions end.

10. It is evident that either critics do not care to know the truth and don't bother to study the 11 year history of the Oath Keepers which is there in news articles and https://web.archive.org/ about helping those in need and in teaching former public servants to continue serving or they had and have ulterior motives that are divorced

from the truth.

11. The message, goals, purposes, and plans of the Oath Keepers have always been the same, always publicly available and visible, as is now repeated on a new website www.OathKeepers.info:

Welcome to Oath Keepers.

Oath Keepers is a non-partisan association of current and formerly serving military, peace officers, and first responders, advocating that its members disobey any order that violates the Constitution of the United States. We publicly advocate strict obedience to the Constitution. Our oath is to the Constitution, not to any man or political party. When we entered service, we all swore an oath to defend the Constitution against all enemies, foreign or domestic. That oath requirement comes from Article VI of the Constitution itself. Under that oath, it is our duty (and your duty) to refuse to obey ALL unconstitutional orders, no matter who gives them, and no matter what it costs us. We owe that commitment to the American people and to all our veteran brothers and sisters who came before us. All gave some. Some gave all. Now it's our turn to stand in the gap, to preserve our Constitutional Republic. Do your duty. Honor your oath. Oath Keepers teaches classes on that oath-sworn duty and on the Constitution itself (how can you defend it if you don't understand it?). See our class schedule below.

Oath Keepers also organizes volunteers to undertake charitable projects in the field of disaster response. To date, Oath Keepers has organized and lead volunteers in disaster response after fourteen major hurricanes (starting with Hurricane Harvey in 2017), tornadoes, fires, and floods, including the recent deadly Texas Hill Country flood, where Oath Keepers recruited and organized many skilled volunteers (all prior military, peace officers or first responders) to assist flood victims. To volunteer in advance, email us at volunteer@oathkeepers.info and we will begin the process of vetting you and organizing you to respond in your state and nearby states. All volunteers must pass a background check.

Further, Oath Keepers offers training services in the field of disaster preparedness, civil defense operations, and physical security. This includes our CPT (Community Preparedness Team) program, training neighborhood watches, church security teams, and teaching classes in emergency medicine, emergency communications, emergency power/water/heat, personal security and self-defense, ranch security, and community civil defense and physical security (training local citizens to

serve as auxiliaries to local police and as volunteer posse for local county sheriffs).

12. Rhodes and other Oath Keepers travelled to and assisted with the tragedy of the Texas Hill Country Flood, which is visible on the same website: **"Oath Keepers in Action: Response to deadly Texas Hill Country Flood, July 4, 2025."**

> Immediately after the tragic flood in the Texas Hill Country, we jumped in, boots on the ground, working with other Texas veterans under the leadership of a local Fire Marshall. Then we were asked to help Doc Pete Chambers' (US Army Special Forces veteran) and his nonprofit Remnant Ministries, by issuing a public call to action on social media, asking for trained volunteers (military, peace officers, fire, EMS and medical, search and rescue, etc) to step up and help. We coordinated background checks and vetting of all volunteers (ultimately processing over 100 qualified and vetted volunteers) and we helped organize them and lead them on the ground, Once the rescue and body recover phase was winding down, we worked with Christian ministry BuckUp Relief and assisted in recovery and rebuild efforts. Sadly, we also attended funerals of victims, and the funeral of a local nurse who suffered a tragic heart attack while she was helping her neighbors.

13. Yet Plaintiff Rhodes was corruptly found guilty to a non-violent charges with regard to protests on January 6, 2021, at the U.S. Capitol.

14. Rhodes was not charged with and there was no evidence presented of any act of violence by Stewart Rhodes against anyone, nor any interference by Rhodes with law enforcement.

15. In fact, there was no evidence of any kind admitted against Rhodes in relation to the events of January 6, 2021.

16. Rhodes was at a hotel of one of the Oath Keepers' members in Washington, D.C. when he learned of a commotion at the Capitol.

17. The evidence clearly shows that Rhodes went to the Capitol to collect Oath Keepers' members who had been tasked to provide security for a permitted rally on the U.S.

Capitol Grounds approved by the U.S. Capitol Police, processed by Scott Grossi. [3]

18. It has emerged that the Government made massive use of GPS tracking of cell phones and has actual knowledge that Rhodes was IN A NEARBY HOTEL ROOM warming up from PROVIDING SECURITY FOR the morning LATINOS FOR TRUMP RALLY ONE BLOCK NORTH OF THE CAPITOL IN AREA 7 at the time that a few hundred people out of a crowd estimated at 10,000 by the U.S. Capitol Police became cantankerous. [4]

19. Therefore, the Government has actual, absolute knowledge that Rhodes was at his hotel and not at the U.S. Capitol until after

20. All evidence confirmed that Stewart Rhodes never interacted with any law enforcement on January 6, 2021, Rhodes left his hotel room only upon learning of a disturbance at the Capitol and hurried to get all Oath Keepers to form up on him and get out of the area. Rhodes had expected some of his Oath Keepers team to be at the demonstration area (the USCP designates different locations by Area #) where they were to provide volunteer security to a permitted demonstration on the U.S. Capitol grounds. Rhodes texted them to come to him, which was so that he could make sure all the Oath Keepers left Capitol Hill entirely.

21. However, Rhodes encountered Kelly Meggs and Jason Dolan and Kenneth Harrelson exiting the Capitol, although he did not know where they had been.

---

[3]    One video of a person approaching the Capitol from the U.S. Supreme Court area shows the empty "area" where the USCP issued a permit for a demonstration as proven in the documents.  https://www.youtube.com/watch?v=VJJkAfxVSxc

[4]    Although we have been told numbers in the range of 185 police officers injured, most did not file reports to their supervisors which is a legal requirement of their employment, and those heavily armored and protected officers who were checked out had only minor scratches or the like and no evidence of any serious injuries.

22. As agreed by both Kelly Meggs and Stewart Rhodes, when Kelly Meggs met Rhodes, Meggs told Rhodes Meggs had gone inside the U.S. Capitol. Rhodes replied "That was stupid" as confirmed by Jason Dolan.

23. Meggs sheepishly admitted that it was a mistake, even though Meggs helped U.S. Capitol Police while inside.

24. Witness Michael Greene (aka "Whip") testified at trial that Rhodes told Meggs and the others "that was fucking stupid" in response to them telling Rhodes that they had gone inside the U.S. Capitol.


IV.    **THE DEFAMATORY CONDUCT**

25. USA Today Investigative Reporter Will Carless, published a gratuitous attack upon the Plaintiff, which was not newsworthy or otherwise justified.

26. It has now been revealed that at least 274 undercover FBI agents (aside from other agencies) were mingling among the crowd on January 6, 2021, at the U.S. Capitol. See, Ryan King, " Trump rages at bombshell report alleging FBI had agents in crowd during Capitol riot," New York Post, September 27, 2025.

27. Yet none of these 274 FBI agents on the scene could be found to testify against Stewart Rhodes or any of the Oath Keepers.

28. The Vice President of the Oath Keepers, Greg McWhirter, was revealed during the trial to be a long-term informant for the FBI, many months before January 6, 2021. Yet he could not identify any example of violence by the Oath Keepers or any leadership or planning by the Oath Keepers for any who crossed the line.

29. Despite massive numbers of FBI agents not to mention many other agencies, no one

could be found to testify against Rhodes or his organization the Oath Keepers.

30. Out of approximately 1,600 demonstrators at the U.S. Capitol on January 6, 2021, charged mostly with non-violent misdemeanors in vindictive and malicious prosecution that are not prosecuted against Leftist violent rioters, out of a crowd estimated at around 10,000 demonstrators by the U.S. Capitol Police,  accusations by the bitter, disgruntled ex-wife of just one man, the Plaintiff, after a divorce, does not qualify as newsworthy.

31. Over the top recriminations are the norm during divorce proceedings.

32. There is no news value in an ex-wife or ex-husband bring complaints from a divorce into a demonstration that included about 10,000 people.

33. The first article seeking to manipulate the November 2024 election with these recriminations was Will Carless, "Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon," USA Today, October 28, 2024, https://www.usatoday.com/story/news/investigations/2024/10/28/stewart-rhodes-prison-jan-6-family-fears-trump-pardon/75841506007/

34. The article is attached in full as an exhibit hereto.

35. But for analysis, the contents are stated in full here:

## THE DEFAMATION

USA TODAY

It's a chilly, drizzly fall afternoon in Eureka, Montana, population 1,380. Low clouds lace across the surrounding mountains, which have begun their descent into rust from the deep greens of summer.

Tasha Adams slowly makes her way home from work. She has spent the last seven hours cleaning a local medical facility — her first full-time employment after a line of semi-casual jobs stretching back years. Usually, one of her sons gives her a ride, but

today she's making the 30-minute walk, moving up Eureka's main street, slightly pigeon-toed in her blue scrubs, carrying a tall cup of coffee bought by "a kind stranger who felt sorry for me."

Tasha Adams, the ex-wife of imprisoned Oath Keepers leader Stewart Rhodes, takes a break at the top of the hill on her walk home from work in Eureka, Montana, in September. Adams fears for the safety of her family if Donald Trump is elected in November and pardons Rhodes.

She passes Eureka's welcome sign and the Exxon garage at the corner of Tobacco Road. She walks uphill, past Eureka Town Hall, a couple of thrift stores and Jax Cafe, ejecting its hot smell of patty melts and pancakes. At the top of the hill, she takes a breather, sitting down on a bench where scratches reveal many layers of paint, like the rings of a tree.

"I sit here because this is the only store where the owners are Democrats," she says. "Also, it's a good place to rest and think."

Adams has a lot on her mind.

It's a few weeks before the presidential election. While some fear democracy is at risk in this election, Adams fears her life and the lives of her six children are at stake.

Sixteen months earlier, Adams' then-estranged husband, Elmer Stewart Rhodes, was sentenced to 18 years in prison for his role in a seditious conspiracy that prosecutors said aimed for no less than the overthrow of American democracy. Rhodes, a pot-bellied, eye patch-wearing Yale educated lawyer, founded the Oath Keepers, a heavily armed, conspiracy theory driven "militia" whose members, prosecutors argued, were the key ground troops in the January 6 insurrection.

For Adams and her children, Rhodes' incarceration brought a relief they had dreamed about for years. The man who they say abused, threatened and physically and mentally hurt them had finally been caged. For the first time in decades, Adams told USA TODAY, she had been able to sleep. Hold down a job. Start to enjoy small things in life.

But as Adams sits on her bench, these fleeting feelings of security and calm have begun to drift like the clouds on the Montana mountainsides. For months now, former President Donald Trump has told anybody who asks that he plans to pardon many, if not all,

of the Jan. 6 insurrectionists who have been imprisoned. "Absolutely I would. If they're innocent, I would pardon them," Trump told the National Association of Black Journalists convention in July.

At a town hall in mid October, Trump called Jan. 6 "a day of love." Two days later, he compared the jailed insurrectionists to people of Japanese origin held in U.S. internment camps during World War II. "Why are they still being held?" he asked.

"President Trump will make pardon decisions on a case-by-case basis," a spokesperson for the Trump campaign told USA TODAY.

Oath Keepers founder Stewart Rhodes shows off a new tattoo at the Casa Di Dolore Tattoo shop in Newburgh, NY in 2020. If Trump wins in November, and if he pardons Rhodes, Adams faces not only the ignominy of her ex-husband being publicly absolved for the seditious acts he committed. She also believes she faces very real danger.

"He is somebody that had a kill list — always," Adams said, noting the list was something Rhodes kept in his head, rather than on paper. "And obviously, now I'm on this list, and so are some of my kids, I'm sure."

"I've got to keep him in jail," she added. "I have to keep him in jail, and it can't fail — because I'm in a whole mess of trouble if I fail."

In interviews near their home in Eureka in September, Adams and her eldest son, 27-year-old Dakota, laid bare their fear, anxiety, and plans for a possible second Trump presidency and ensuing pardon of Rhodes.

And they laid out their reasoning, detailing, as Tasha has in court documents, two decades of alleged abuse, threats and manipulation at the hands of the man often dubbed one of the masterminds of Jan. 6.

"If Stewart is released from prison, my minor siblings, especially, need to not be in the United States any more, before he has a chance to get to Montana," said Dakota Adams. "I have absolutely no faith in any protection of the law whatsoever."

At the core of their worry is that Rhodes, who has now spent more than two years in prison, is likely stewing and obsessed with how he believes he has been wronged by his family, Tasha and Dakota Adams said. Tasha Adams said it was her testimony in Rhodes' prosecution that almost certainly prevented him from being released on bail before his trial — another thing he will resent, she said.

"I informed them all about his escape tunnels and the abuse and how he was always plotting to escape if federal agents came," Adams said. "I'm sure he thinks if he was out on bail, he would have had more control over his legal case, and he would have won."

Writer Jason Van Tatenhove, who once served as a spokesman for the Oath Keepers and who Rhodes lived with for eight months at the start of his divorce, said Adams and her family are right to be concerned. Van Tatenhove told USA TODAY Rhodes definitely had a kill list in his head.

Former Oath Keepers spokesperson Jason Van Tatenhove testifies before a full committee hearing on "the January 6th Investigation," on Capitol Hill on July 12, 2022, in Washington, DC.
Van Tatenhove also told the U.S. House Select Committee on the Jan. 6 attack that Rhodes even discussed creating a deck of cards for the Oath Keepers featuring people who he believed had wronged him and the country similar to the "Most Wanted" cards developed by the U.S. Defense Intelligence Agency during the Iraq war.

"It was based on the trading card pack the U.S. military put together of the most-wanted people to bring in dead or alive," Van Tatenhove said. "He wanted to do something very much like that. He holds grievances pretty tight."

Rhodes declined several requests for interviews, either in-person or by phone. Two of his attorneys strenuously denied the accusations made by Tasha and Dakota Adams, and said any notion that they are in danger from Rhodes is entirely unfounded.

"There was never any allegation of threats to his wife or his children that came before the divorce court," said Ed Tarpley, one of Rhodes' defense attorneys. "The divorce proceedings have lasted for six years, and in that whole six year period of time, there's never been a reference or a mention of a kill list."

The Oath Keepers: Delusion, megalomania and 'magic money'
Adams met Rhodes at a Las Vegas dance class in 1991. At first she
was charmed by the gruff-voiced, fiercely intelligent Army
veteran, and photographs she shared with USA TODAY show a
happy, hopeful young couple on their wedding day, grinning over
their first child, Dakota, and hugging in front of a Christmas tree.

But as the years passed, Adams said she began to understand that
Rhodes wasn't just your average smart young man frustrated by a
lack of opportunities and money. Rhodes' ideas weren't just
original and interesting, she said, they also often veered into the
conspiratorial, paranoid and unhinged.

While Rhodes pursued his ideas and toyed with a career in the law,
alternating between taking VA-subsidized classes and lying
somnolent on the couch, Adams worked multiple jobs, including as
an exotic dancer, to support the growing family.

Looking back three decades later with the wisdom of countless
hours of therapy and counseling, Adams said she missed all the
obvious signs that Rhodes is a classic egomaniac, bent on abusing
and manipulating everyone around him for his own gain.

"I would say Stewart fit the profile of a pretty typical abusive
husband and father, hitting pretty much every red flag, every notch
in the narcissist-slash-sociopathic handbook," Adams said.

Rhodes' megalomania hit overdrive with the founding and almost
overnight success of the Oath Keepers, Adams said. The far-right
group, aimed at current and former law enforcement officers and
military, had as its central premise a list of orders that such
personnel would never obey. The list included refusing to "disarm
the American people," impose martial law or imprison American
citizens as "enemy combatants."

"He was just adamant that this was going to be world changing,
that this was going to take off," Adams said.

And it did.

Membership of the Oath Keepers soared. Money flooded in.
Rhodes began appearing on far-right talk shows and fostered a
relationship with the conspiracy theorist Alex Jones, who helped
further promote Rhodes' organization and ambitions. The former
Yale law student was finally fulfilling his potential.

But for Adams, stuck now in a remote, 800-square-foot Montana cabin and caring for six children, the comforts and riches brought by fame remained a distant concept.

Adams described constantly scratching for money to stay afloat, even as Rhodes traveled the country, splurging on new weapons, clothes and hotel rooms for himself.

"We were constantly on the verge of being evicted," she said. "Everything was broken at one point — the toilet, the sink, the oven, everything — we were washing clothes by hand, and if you turned on the sink, it ran into the electrical box. We were going to the bathroom in the woods, just living in this cabin 20 miles from cell service."

Also living on the property was a revolving cast of "Oath Keeper dudes," Adams said. Men would come and go, staying in trailers surrounding the cabin. Meanwhile Rhodes would appear from time to time, renting a car to drive out to the cabin, where he would splash out on steak dinners and bizarre gifts for the children, Adams said.

"The kids had a term — they called it 'Magic Money,' which is when he would return home from a trip with a wallet full of cash," she said. "He would get very spendy, and I would feel guilty accepting money or gifts from him, because the bills aren't getting paid and the kids need shoes. He's buying a kid a fancy $150 lamp, but they don't even have a bedroom. They're sleeping on a pad on the floor."

The odd habits, near-constant absence and growing suspicion that Rhodes was cheating on her with multiple women were all hard to bear, Adams said. But as the Oath Keepers thrived off the growing national discord and the swelling of the far-right so-called militia movement under the aegis of Trump, Rhodes' paranoia and irrationality reached fever pitch.

And life inside the tiny, freezing cabin, with its broken appliances, became almost unbearable.

'We're going to die if we stay'

Dakota Adams grew up in a sort of fog of imagined war and conflict, most of it dreamed up by his father.

14

What's so galling for Adams, who took his mother's last name a couple of years ago in defiance of Rhodes, is that the prepping, training and maneuvers he learned as child soldier in Rhodes' wannabe militia haven't even served him well as a young adult.

"I would not say that any of my militia training skills have been applicable to anything," Adams said. "I cannot overstate how dysfunctional and ineffective our apocalypse prepping at home was."

Adams is a typical man of Montana, albeit one who wears eye makeup and a torn denim vest adorned with patches of his favorite local bands. Tall and muscular, he works on building sites, putting up drywall, and volunteers for the local fire department, often spending days at a time fighting wildfires in his home state.

Now 27, Adams says he has "no venom left" for his father. He said he spent years trying his hardest to provide for and protect his siblings from a man who was equal parts abusive and ridiculous.

As such, Adams' stories of life in the cabin swing from the terrifying to the absurd. Like the time in 2018 Rhodes bought a T-shirt printing press to make shirts with Hilary Clinton memes on them, only to abandon the project as soon as he realized how impractical it was to manage a mail merchandise business from a cabin 30 minutes from the nearest town.

While Adams said he wasn't handed skills or fatherly affection that would stick with him through his life, he certainly still carries other emotions and triggers that Rhodes' behavior instilled in him.

"I get an immediate adrenaline spike from heavy footsteps on a floor above me, because that was the key that Stewart had woken up from a 12 hour prescription painkiller nap and was coming downstairs to scream at everybody," he told USA TODAY.

Tasha and Dakota Adams describe the peak Oath Keeper years of 2016 to 2018 as a chaotic, terrifying regime under the Rhodes dictatorship.

When Rhodes was home, he would swing into violent rages at the slightest provocation, Tasha Adams said. That anger would often morph into episodes of regret, self-pity and paranoid delusions about Rhodes' role in the world and the future of the bizarre brand he was still building with the Oath Keepers.

Adams described meticulously planning every move in the cabin. She planned escape routes past Rhodes from every possible position in the home. And she began doing ballistics analysis — calculating where she should stand when confronting her husband or being berated by him, in order that a bullet passing through her from one of his many guns wouldn't go on to hit any of her children.

"Drawing his handgun was something that had happened every couple years, but now it was happening every week," Adams said. "Lawyer that he is, he would always claim he was drawing it because he was suicidal, but he's pointing it at himself, and he's screaming at me while he's doing it — he's pointing it here, there and everywhere, and then eventually saying, 'Well, I'm suicidal,' and pointing it at his head. But that was the legal cover. The point was to terrify me."

And it wasn't just threats. Adams said Rhodes also choked one of her teenage daughters. And it was at that point that Dakota stepped in front of his mother with a message.

"Dakota said someone is going to die," Adams said. "There's no way, if you stay, that we all get out of this alive. And we might die trying to get out, but we're going to die anyway. We're going to die if we stay."

Escaping Stewart Rhodes

One doesn't just leave Stewart Rhodes.

Escaping the Montana cabin, with six children, several dogs and a coterie of other household pets in tow was a mission Adams knew she had to meticulously plan. So, over several months, she and Dakota contacted attorneys, planned logistics and saved every penny they could get their hands on.

Nothing was simple. A phone call to an attorney meant a 40-minute round-trip drive to cell phone coverage. Rhodes kept a tight rein on all the household money, so eking out a reserve took skill and perseverance. Adams and the family struggled through one more Thanksgiving and one more Christmas, but as 2018 dawned, she realized she couldn't face another Valentine's Day with her abuser.

On February 12, 2018, Adams and her children loaded into the one working truck on the property. Carrying bags of essentials, spare clothes and the money they had saved, they drove away. Dakota even managed to sneak away with one of his father's favorite rifles. An insurance policy in case of a family shootout.

They fled to Libby, Montana, "on the other side of the mountains" from Rhodes, as Adams puts it. From there, she called her husband, told him she had filed for divorce and said she was filing for a protective order against him. This last piece of news terrified Rhodes, Adams said, because such an order would prevent him from carrying a firearm. He pleaded with her not to take such action, and promised to leave the cabin and allow the family to move back in.

After a few nervous nights, in which Adams said Dakota's friends in the volunteer fire department helped out enormously, she and the kids moved cautiously back into the cabin. In the weeks that came, as the divorce proceedings heated up, Adams constantly worried that Rhodes would seek revenge against her and the family.

Adams detailed the abuse in a 2018 court filing. In a separate, later filing provided to USA TODAY, she also laid out numerous other instances of abuse and alleged inappropriate conduct by Rhodes against her children.

Every night, she said, Adams would block the one dirt road into the property with the truck. But she still fretted he would come back.

"My thinking was he would pull up down the road and crawl in, which I do believe, in retrospect, there's some evidence that he did do that a couple of times," Adams said.

In time, however, Rhodes' grip on the family lessened. As the Oath Keepers began to get more and more attention, he moved back to Texas, sharing a house with one of his top lieutenants. Adams still checked his personal Twitter account every morning, trying to get a handle on where Rhodes was that day, but as the tumultuous events of the 2020 election approached, it was clear Rhodes had another mission — another target — the U.S. Capitol and American democracy itself.

An insurrection, a trial, and a big sigh of relief

In their case against Elmer Stewart Rhodes, federal prosecutors argued he was one of the principal architects of the Jan. 6 insurrection.

Beginning in December 2020, Rhodes and other conspirators plotted to stop Congress from certifying the results of the presidential election, the prosecutors alleged. As part of the plot, members of the Oath Keepers stashed weapons in a cache across the Potomac, assembled a Quick Reaction Force, or "QRF," and marched on the Capitol at least twice in military "stack" formations, all under Rhodes' direction.

As Jan. 6 unfolded, Tasha Adams was at home in Montana, glued to her laptop and continually hitting refresh. When she saw footage of Oath Keepers in military gear and "stack" formation, one hand on the shoulder of the person in front, she knew Rhodes had to be heavily involved.

But she also knew something else. If Rhodes was at the Capitol, cooperating with a mission he believed to be an actual coup attempt, then he must have assurances — that ever-present legal cover — that he would be protected in the long-run.

"It's like the War of the Roses," she said. "If you're someone like Stewart, you choose your king who will come out on top. And I think he thought, 'Well, if we really make this happen, I'll come out on top.'"

But, of course, Rhodes' coup never succeeded. After a few chaotic hours at the Capitol, hundreds of assaults, a handful of deaths and a mountain of mayhem, the attack on democracy was over, and the FBI was soon hunting for its ringleaders.

More than a year after the Capitol insurrection, Rhodes was arrested in Texas. In a jury trial in late 2022 marked by Rhodes' occasional outbursts, he was eventually convicted of seditious conspiracy, obstruction of an official proceeding and tampering with documents and proceedings. Last May, he was sentenced to more than 18 years in prison, the second-longest term handed down for the insurrection.

For Adams and her family, the conviction meant more than simply justice. It meant respite from more than two decades of fear and trepidation.

Two days before Rhodes' sentencing, Adams had also finally come through.

"That was huge," she said. "I was like 'Now what?'"

Adams' response was to walk away from the life she had been leading in the shadows of her relationship with Rhodes. She stopped doing media appearances and put aside the book she had been writing. She took some classes and just spent her time "getting rid of Stewart's horrid crap," as she puts it.

"I had been running scared for so long, since February 2018," she said. "And most of it stops there, but then came some of the after-effects."

Then came Trump.

Then came a third presidential run for the GOP nomination.

Then came a promise to pardon the insurrectionists.

The 'kill list'

Tasha and Dakota Adams have watched with amazement and agony as the 2024 presidential campaign has unfolded.

Dakota has responded to the trauma and drama of his youth by funneling his energies into an unlikely political campaign. He's running for a Montana state legislature seat in the crimson-red district where he still lives — as a Democrat.

Mother and son both ardently support Vice President Kamala Harris to win the election. But they admit they also both have a vested interest in Harris beating Trump. And that interest is about more than pride. It's about self-preservation.

"If Stewart ever gets out of prison, the first three people he's going to try to kill are my mom, Nancy Pelosi, and one of my sisters for testifying against him in custody hearings." Dakota said. "That's going to be his immediate priority kill list, after a couple of weeks of binge partying."

Through his attorneys, Rhodes said the claim that he poses a danger to his family is absurd.

"There's simply no basis in fact for this allegation," said Tarpley. "A statement like this is libelous and defamatory because it's so false and there's no basis in fact."

Those assurances don't assuage Dakota and Tasha Adams' fears. They've heard hundreds of unkept promises from Stewart Rhodes. They've had to clear up the messes he's left behind, whether from a leaking sink, a broken toilet or an abandoned T-shirt press.

And they're not taking any chances. In the wake of a contentious election, there are always some disgruntled voters on the losing side who say they're leaving the country for once and for all. For the Adams family, most of whom barely know life outside the rural county where they have lived for a decade, a decision to flee, perhaps across the Canadian border just 20 minutes away, won't be made out of ideology, but out of necessity.

Passport applications have been filled out. Tasha Adams is working as much as she can and saving every penny. Dakota is installing drywall by day and attending political events by evening, hoping to make contacts and raise awareness.

The whole family is waiting to learn their future once the votes are counted and a new president is installed to decide their fate.

## V.    HOW THE DEFAMATION WAS FALSE AND WITH MALICE

36. **THE LIBEL**: "Tasha Adams, the ex-wife of imprisoned Oath Keepers leader Stewart Rhodes, takes a break at the top of the hill on her walk home from work in Eureka, Montana, in September. Adams fears for the safety of her family if Donald Trump is elected in November and pardons Rhodes."

37. **THE TRUTH**:  All of the Defendants actually knew that Rhodes had voluntarily withdrawn from Montana, leaving his wife in peace, and moved to Texas.  Rhodes never returned to the State of Montana, giving Adams her space.

38. **THE MOTIVE OF ACTUAL MALICE**:  "I sit here because this is the only store

where the owners are Democrats," she says. "Also, it's a good place to rest and think."

39. **THE ADMISSION**: Adams describes the Café as not just one place but the *only* place where the owners are Democrats. Thus, she admits that her motivations are partisan. All Defendants knew this from her interview, that she was strongly motivated by partisan politics.

40. **THE MOTIVE OF ACTUAL MALICE**: "Mother and son both ardently support Vice President Kamala Harris to win the election."

41. **THE ADMISSION**: Eventually the truth comes out that is defamation of Rhodes is and was simply a campaign commercial for the Democrats, as known and intended by all of the Defendants.

42. **THE LIBEL**: "She has spent the last seven hours cleaning a local medical facility — her first full-time employment after a line of semi-casual jobs stretching back years."

43. **THE TRUTH**: After emphasizing that there is only one place in her town in Montana that supports Democrats, her screed against Rhodes would not help her have gainful employment in what she describes as an overwhelmingly Republican area. She complains that she didn't have enough money to live, but then goes out of her way to sabotage (according to her portrayal) her employment prospects in that area. Notably, she does not move to a warmer, more receptive location in the U.S.A. She could have moved from this place where only one store is owned by Democrats, but did not.

44. **THE LIBEL**: "It's a few weeks before the presidential election. While some fear democracy is at risk in this election, Adams fears her life and the lives of her six children are at stake."

45. **THE TRUTH**: Adams swore under oath in an application for a protective order that

she feared that Rhodes would kill *himself*.    The judge denied the protective order –
almost unheard of – because Adams gave no evidence that she was in any danger or
had any reason to fear any danger.  The judge explained that Adams had mentioned no
reason to fear any harm to herself or her children, so protective order denied.

46. **THE LIBEL:** "For Adams and her children, Rhodes' incarceration brought a relief
they had dreamed about for years. The man who they say abused, threatened and
physically and mentally hurt them had  finally been caged. For the first time in decades,
Adams told USA TODAY, she had been able to sleep. Hold down a job. Start to enjoy
small things in life."

47. **THE TRUTH:**  Rhodes had volunteered years earlier, long before 2021, to leave
Adams and he left Montana and moved to Texas and never went back.  In fact, when a
vindictive and dishonest Biden Administration arrested Rhodes for no valid reason, it
was in Texas that the arrest took place – not in Montana.   Since receiving a
commutation of sentence to time served and released (not on probation) Rhodes has
not been back to Montana and has not contacted Defendant Tasha Adams.

48. **THE LIBEL:**  "If Trump wins in November, and if he pardons Rhodes, Adams faces
not only the ignominy of her ex-husband being publicly absolved for the seditious acts
he committed. She also believes she faces very real danger."

49. **THE TRUTH:**  Again, the judge hearing her application for a protective order ruled
that she had not shown any grounds for any fear or any danger to her.   Thereupon,
Rhodes left Montana, separated from Adams, and gave Adams her space.  Rhodes did
not return to Montana.

50. **THE LIBEL:**  ""He is somebody that had a kill list — always," Adams said, noting

the list was something Rhodes kept in his head, rather than on paper. "And obviously, now I'm on this list, and so are some of my kids, I'm sure."

51. **THE TRUTH:**   Rhodes never had a "kill list" nor does this unfamiliar phrase mean anything.  If Adams had told the judge about any such matters, he would have issued a protective order at the very least.  But she had no such story for the judge.  Apparently, she and her lawyer realized they needed to spice up their story.  All of the Defendants knew these things, or should have on a few seconds of unbiased reflection. Furthermore, the lie of Adams public attacks is emphasized by the total absence of any reason why Adams would be on any "kill list."  What for?  This is more than a little self-centered.  Since Rhodes voluntarily left Montana and let his wife separate from him, with Rhodes doing the moving, why would Rhodes have any such intent regarding Adams?  The complete lack of any attempt to explain this over-the-top exaggeration illustrates the holes in it.  "There was never any allegation of threats to his wife or his children that came before the divorce court," said Ed Tarpley, one of Rhodes' defense attorneys. "The divorce proceedings have lasted for six years, and in that whole six year period of time, there's never been a reference or a mention of a kill list."

52. **THE LIBEL:**  ""I've got to keep him in jail," she added. "I have to keep him in jail, and it can't fail — because I'm in a whole mess of trouble if I fail."

53. **THE TRUTH:**  Adams went to all the trouble to appear before a judge in Montana but failed to get a protective order because she only claimed that Rhodes might hurt himself – not her.  She knew how to apply for a protective order.  She had a lawyer.  If any such fears existed, all she had to do was show those to the judge and he would have granted a very severe protective order.  She did not.  And the judge did not.

54. **THE LIBEL:** "In interviews near their home in Eureka in September, Adams and her eldest son, 27-year-old Dakota, laid bare their fear, anxiety, and plans for a possible second Trump presidency and ensuing pardon of Rhodes."

55. **THE TRUTH:** But again, Adams could have laid bare fears to the judge, which sadly carries a very low standard in these matters and could have simply lied to the judge and would have gotten a protective order. Until there was a partisan political motive of bashing a Republican President, she somehow had no such fears to present to the judge.

56. **THE LIBEL:** "And they laid out their reasoning, detailing, as Tasha has in court documents, two decades of alleged abuse, threats and manipulation at the hands of the man often dubbed one of the masterminds of Jan. 6.

57. **THE TRUTH:** But in fact, no such content in any court documents exist. The judge explicitly found that there was no claim made of anything but Rhodes possibly being a danger to himself.

58. **THE LIBEL:** (Here by the son, but clearly regurgitating Tasha Adams' claims) ""If Stewart is released from prison, my minor siblings, especially, need to not be in the United States any more, before he has a chance to get to Montana," said Dakota Adams.

59. **THE TRUTH:** But years earlier than 2021, Rhodes voluntarily separated from Adams at her desire and left Montana and never went back. Why would Rhodes be going to Montana? The missing links of these claims illustrates their falsehood.

60. **THE LIBEL:** "But as the years passed, Adams said she began to understand that Rhodes wasn't just your average smart young man frustrated by a lack of opportunities and money."

61. **THE TRUTH:** Rhodes is a graduate of Yale Law School. Hardly a "lack of

opportunities."

62. **THE LIBEL:** ""I would say Stewart fit the profile of a pretty typical abusive husband and father, hitting pretty much every red flag, every notch in the narcissist-slash-sociopathic handbook," Adams said.

63. **THE TRUTH:** Again, when Adams was asking for a protective order, the judge determined that the most Adams showed the court was that (perhaps) Rhodes might be a danger to himself, not to anyone else.

64. **THE LIBEL:** Adams complains of lack of money in the family.

65. **THE TRUTH:** Yet, "Membership of the Oath Keepers soared. Money flooded in."

66. **THE LIBEL:** "But for Adams, stuck now in a remote, 800-square-foot Montana cabin and caring for six children, the comforts and riches brought by fame remained a distant concept."

67. **THE TRUTH:** Not only was Adams free to leave any time she wanted, and at her desire and convenience Rhodes left and moved to Texas, but Adams actually appeared before a judge. Had she wanted to leave, some form of a protective order or other arrangements would have been made.

68. **THE LIBEL:** ""We were constantly on the verge of being evicted," she said. "Everything was broken at one point — the toilet, the sink, the oven, everything — we were washing clothes by hand, and if you turned on the sink, it ran into the electrical box. We were going to the bathroom in the woods, just living in this cabin 20 miles from cell service."

69. **THE TRUTH:** Yet she claims that money flooded in. It appears that at the least a divorce would have provided for marital support and child support.

25

70. **THE LIBEL:** "When Rhodes was home, he would swing into violent rages at the slightest provocation, Tasha Adams said."

71. **THE TRUTH:** And yet the judge found that – at most – Rhodes might be a danger to himself, but not to anyone else.

72. **THE LIBEL:** "Adams described meticulously planning every move in the cabin. She planned escape routes past Rhodes from every possible position in the home."

73. **THE TRUTH:** Yet, Rhodes voluntarily left to give Adams space and moved to Texas.

74. **THE LIBEL:** "Escaping Stewart Rhodes; One doesn't just leave Stewart Rhodes."

75. **THE TRUTH:** Yet Stewart Rhodes left… years before 2021. He was arrested in Texas, not Montana.

76. **THE LIBEL:** "Escaping the Montana cabin, with six children, several dogs and a coterie of other household pets in tow was a mission Adams knew she had to meticulously plan.

77. **THE TRUTH:** Rhodes left not only the cabin but the entire state of Montana voluntarily.

78. **THE LIBEL:** "On February 12, 2018, Adams and her children loaded into the one working truck on the property. Carrying bags of essentials, spare clothes and the money they had saved, they drove away."

79. **THE TRUTH:** Rhodes voluntarily moved to Texas and never went back.

80. **THE LIBEL:** "Adams detailed the abuse in a 2018 court filing.

81. **THE TRUTH:** Even though divorce proceedings are typically fantastical stories unrelated to reality, she did not.

82. **THE LIBEL:** "Every night, she said, Adams would block the one dirt road into the

property with the truck. But she still fretted he would come back.

83. **THE TRUTH:** Rhodes moved to Texas.

84. **THE LIBEL:** "For Adams and her family, the conviction meant more than simply justice. It meant respite from more than two decades of fear and trepidation."

85. **THE TRUTH:** Not according to the Montana judge who found no evidence of any reason for any fear by Adams and denied her a protective order.

86. **THE LIBEL:** ""If Stewart ever gets out of prison, the first three people he's going to try to kill are my mom, Nancy Pelosi, and one of my sisters for testifying against him in custody hearings." Dakota said. "That's going to be his immediate priority kill list, after a couple of weeks of binge partying.""

87. **THE TRUTH:** Through his attorneys, Rhodes said the claim that he poses a danger to his family is absurd. "There's simply no basis in fact for this allegation," said Tarpley. "A statement like this is libelous and defamatory because it's so false and there's no basis in fact." The Adams' have no basis for their libel, but shift attention to what they claim are promises unkept: Those assurances don't assuage Dakota and Tasha Adams' fears. They've heard hundreds of unkept promises from Stewart Rhodes. Deflecting from fear to unkept promises proves the falsehood.

88. **THE LIBEL:** "For the Adams family, most of whom barely know life outside the rural county where they have lived for a decade, a decision to flee, perhaps across the Canadian border just 20 minutes away, won't be made out of ideology, but out of necessity. Passport applications have been filled out."

89. **THE TRUTH:** Again, Rhodes voluntarily left at Adams' preference and moved to Texas, years before 2021.

## VI.    BAD FAITH AND ACTUAL MALICE

90. The constitutional requirement of "actual malice" introduced in *New York Times v. Sullivan* has over time been clarified to explain that it does not necessarily mean hostility, animosity, or emotional negativity, although it might.

91. The facts and circumstances alleged herein show that the misrepresentations complained of herein are not an accident or a product of negligence nor an incidental matter but an intentional and coordinated project.   Defendants and others have knowingly, intentionally, willfully – not by mere negligence – acted recklessly or intentionally to defame and otherwise harm the Plaintiff.

92. Where defamation occurs despite the speaker or publisher's awareness that the statement is credibly denied, met with factual rebuttal, or the speaker or publisher defamed the Plaintiff even though he knew or should have known upon reasonable inquiry that the statement made was not true, the test for actual malice is met.

93. Of course, actual hostility such as a campaign of harassing or seeking to disparage the Plaintiff would also show actual malice.

94. Furthermore, focusing on Rhodes private family life is not within any status of Rhodes being a "limited public figure."   These are not allegations of what I did as a public person.   These are false allegations about my private and personal life, as a husband and father.  This is an intrusion upon seclusion.

95. Therefore, these defamatory statements should be subject to a much lower standard of being defamatory.

96. For Defamation Per Se, actual malice need not be shown because damages are presumed. *Campbell v. Jacksonville Kennel Club, Inc.*, 66 So. 2d 495, 497 (Fla. 1953);

*Wolfson v. Kirk*, 273 So. 2d 774 (Fla. Dist. Ct. App. 4th Dist. 1973).

97. Statements are "*defamatory per se,*" recognized  when statements are so powerful in their ability to hurt someone that Florida law presumes harmful as a matter of law. *Rhodes v. Knox,* 23 Fla. 595, 3 So. 211, 217 (1887), such that a court will allow damages to be awarded in these cases even if no evidence of harm has been presented. "[T]he law presumes malice in their utterance," *Abraham v. Baldwin*, 52 Fla. 151, 42 So. 591, 592 (1906), where the words are "… of such common notoriety established by the general consent of men, that the courts must of necessity take judicial notice of its harmful effect." *Layne v. Tribune Co.*, 108 Fla. 177, 146 So. 234, 236 (1933).

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

98. Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein.

99. Defendants' defamation of Plaintiff Rhodes was made with actual malice.

100.    Defendants had knowledge of the falsity of the defamatory statements, or made the defamatory statements with reckless disregard to the truth.

101.    Defendants accused Plaintiff of violence, crime, threats, and intimidation.

102.    A statement is per se defamatory if it falsely imputes to another conduct, characteristics, or a condition incompatible with the proper exercise of his lawful business, trade, profession or office; in other words, or if it tended to injure Plaintiff in his trade or profession.

103.    A statement is also per se defamatory if "it imputes to another (a) a criminal offense amounting to a felony, or (b) a presently existing venereal or other loathsome and

communicable disease, or (c) conduct, characteristics, or a condition incompatible with the proper exercise of his lawful business, trade, profession, or office, or (d) the other being a woman, acts of unchastity." *Campbell v. Jacksonville Kennel Club, Inc.*, 66 So. 2d 495, 497 (Fla. 1953) citing Restatement, Torts, Section 570.

104.    Statements are "*defamatory per se,*" recognized when statements are so powerful in their ability to hurt someone that Florida law presumes harmful as a matter of law. *Rhodes v. Knox,* 23 Fla. 595, 3 So. 211, 217 (1887), such that a court will allow damages to be awarded in these cases even if no evidence of harm has been presented. "[T]he law presumes malice in their utterance," *Abraham v. Baldwin*, 52 Fla. 151, 42 So. 591, 592 (1906), where the words are "… of such common notoriety established by the general consent of men, that the courts must of necessity take judicial notice of its harmful effect." *Layne v. Tribune Co.*, 108 Fla. 177, 146 So. 234, 236 (1933).

## SECOND CAUSE OF ACTION
### *Common Law General Defamation*

105.    Plaintiff repeats and re-alleges all of the previous allegations of the entirety of this Complaint, including in other causes of action, and incorporate them herein in support of this count with the same force and affect, as if fully set forth herein again at length.

106.    Making a false statement that tends to expose a person to public contempt, hatred, ridicule, aversion, or disgrace constitutes defamation under Texas law. *Colt v. Hamner*, No. 05-04-00294-CV (TX 4/12/2005), No. 05-04-00294-CV. (Tex. Apr 12, 2005)

> To prevail on a claim of defamation, a plaintiff must prove the defendant: (i) published a statement (ii) that was defamatory concerning the plaintiff (iii) while acting with either actual malice, if the plaintiff was a public official or public figure, or negligence, if the plaintiff was a private individual, regarding the truth of the statement. *WFAA-TV, Inc. v. McLemore*, 978 S.W.2d 568, 571 (Tex. 1998) (citing *Carr v. Brasher*,

776 S.W.2d 567, 569 (Tex. 1989) and *New York Times Co. v. Sullivan*, 376 U.S. 254, 279-80 (1964)).

*Colt v. Hamner*, No. 05-04-00294-CV (TX 4/12/2005), No. 05-04-00294-CV. (Tex. Apr 12, 2005)

107.    Furthermore,

The elements for a defamation claim are "(1) the publication of a . . . statement of fact to a third party, (2) that was defamatory concerning the plaintiff, (3) with the requisite degree of fault, and (4) damages, in some cases." Id. at 593 (citing *McLemore*, 978 S.W.2d at 571).

*McManus v. Richey*, No. 10-16-00061-CV (Tex. App. Sep 07, 2016)

### **THIRD CAUSE OF ACTION**
### *(Intentional Infliction of Emotional Distress)*

108.    Plaintiff repeats and re-alleges all of the previous allegations of the entirety of this Complaint, including in other causes of action, and incorporate them herein in support of this count with the same force and affect, as if fully set forth herein again at length.

109.    In Texas, there are four elements required to make out intentional infliction of emotional distress.

   (a) The defendant acted with intent,

   (b) The defendant's conduct was extreme and outrageous,

   (c) The defendant's conduct caused the plaintiff emotional distress, and

   (d) The plaintiff's emotional distress was severe.

110.    Here, it is clear from the allegations above that the Defendants acted with intent and that their conduct of recklessly blaming Stewart Rhodes was extreme and outrageous.

111.    Although the Defendants admit that their ultimate goal was to smear Donald Trump as a candidate for President, they did so by intentionally and knowingly disparaging

31

Plaintiff Rhodes with knowingly false information.

## FOURTH CAUSE OF ACTION
### *(Civil Conspiracy)*

112.    Plaintiff repeats and re-alleges all of the previous allegations of the entirety of this

Complaint, including in other causes of action, and incorporate them herein in support

of this count with the same force and affect, as if fully set forth herein again at length.

113.    According to the Restatement of Torts, , see e.g. *Franklin Music v. Am.*

*Broadcasting Companie*s, 616 F.2d 528 (3d Cir. 1979), the elements of a civil

conspiracy are:

    (a) **Agreement:** The defendant made an express agreement with another to commit

        a wrong.

    (b) **Overt Act in Furtherance:** A tortious or unlawful act results in the furtherance

        of the conspiracy.

    (c) **Economic Loss:** The plaintiff suffered economic loss as a result.

114.    Each co-conspirator is liable for the group's actions, even if they didn't directly

commit the underlying tort. If one party in a conspiracy commits a tortious act, all co-

conspirators are responsible for the damages.

115.    Civil conspiracy requires the plaintiff to show that a tortious act occurred. The

tortious act is usually treated as an overt act in furtherance of the conspiracy.

116.    Here, the Plaintiff pleads several torts that qualify.

117.    The Plaintiff suffered economic loss which he would present more confidentially

to mitigate the damages in the harm to his business and career from the false allegations

against him.

## VII.  DAMAGES

118.  The Defendants published that if Plaintiff Rhodes were pardoned he would kill the Defendant Tasha Adams, her children – Rhodes own children – Nancy Pelosi, and others.

119.  President Trump commuted the sentences of about 12 January 6 Defendants instead of giving them full pardons.  Because of the Defendants' falsehoods about the Plaintiff Rhodes, Rhodes received only a commuted sentence to "time served" not a pardon.

120.  As a result, Rhodes has been financially damaged in job prospects, reputation, and the ability to obtain recoveries from supporter donations.

121.  Rhodes' civil liberties have been directly damaged in the right to vote and not being pardon for the false allegations against him dishonestly presented by crooked prosecutors who had no evidence to support their baseless claims.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff pray for relief and judgment against each of the Defendants, jointly and severally, including an injunction.  For Counts where an injunction is not available for the cause of action, Plaintiff seeks general damages, special damages, and punitive damages, and any other further relief the Court deems just and proper.

Dated: October 28, 2025                    Respectfully submitted,


                                          _____

                                          Elmer Stewart Rhodes, III
                                          140 Bucees Boulevard


33

Suite 300 PMB#467
Melissa, Texas 75454
Telephone: (469) 936-0176
Email:  erhodes1945@icloud.com
*Plaintiff, Pro Se*

10/28/25, 2:48 PM                      Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT      Document 3      Filed 10/29/25      Page 35 of 46      PageID 39


**USA TODAY**

---

U.S. Capitol Riots      Add Topic

# Why a potential Trump win, Jan. 6 pardons have one family fearing for their lives



What is the basis for Tasha Adams' fear of Stewart Rhodes' 'kill list'?      ↗

How might a Trump pardon impact victims of Jan. 6 conspirators?      ↗

What role did Oath Keepers play in the Jan. 6 insurrection?      ↗

◯      (BETA)                                                  →


**Will Carless**
USA TODAY

Updated Oct. 28, 2024, 11:54 a.m. ET

It's a chilly, drizzly fall afternoon in Eureka, Montana, population 1,380. Low clouds lace across the surrounding mountains, which have begun their descent into rust from the deep greens of summer.

Tasha Adams slowly makes her way home from work. She has spent the last seven hours cleaning a local medical facility — her first full-time employment after a line of semi-casual jobs stretching back years. Usually, one of her sons gives her a ride, but today she's making the 30-minute walk, moving up Eureka's main street, slightly pigeon-toed in her blue scrubs, carrying a tall cup of coffee bought by "a kind stranger who felt sorry for me."

She passes Eureka's welcome sign and the Exxon garage at the corner of Tobacco Road. She walks uphill, past Eureka Town Hall, a couple of thrift stores and Jax Cafe, ejecting its hot smell of patty melts and pancakes. At the top of the hill, she takes a breather, sitting down on a bench where scratches reveal many layers of paint, like the rings of a tree.

10/28/25, 2:48 PM    Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT    Document 3    Filed 10/29/25    Page 36 of 46    PageID 40

"I sit here because this is the only store where the owners are Democrats," she says. "Also, it's a good place to rest and think."

Adams has a lot on her mind.

It's a few weeks before the presidential election. While some fear democracy is at risk in this election, Adams fears her life and the lives of her six children are at stake.

Sixteen months earlier, Adams' then-estranged husband, Elmer Stewart Rhodes, was sentenced to 18 years in prison for his role in a seditious conspiracy that prosecutors said aimed for no less than the overthrow of American democracy. Rhodes, a pot-bellied, eye patch-wearing Yale educated lawyer, founded the Oath Keepers, a heavily armed, conspiracy theory driven "militia" whose members, prosecutors argued, were the key ground troops in the January 6 insurrection.

For Adams and her children, Rhodes' incarceration brought a relief they had dreamed about for years. The man who they say abused, threatened and physically and mentally hurt them had finally been caged. For the first time in decades, Adams told USA TODAY, she had been able to sleep. Hold down a job. Start to enjoy small things in life.

But as Adams sits on her bench, these fleeting feelings of security and calm have begun to drift like the clouds on the Montana mountainsides. For months now, former President Donald Trump has told anybody who asks that he plans to pardon many, if not all, of the Jan. 6 insurrectionists who have been imprisoned. "Absolutely I would. If they're innocent, I would pardon them," Trump told the National Association of Black Journalists convention in July.

At a town hall in mid October, Trump called Jan. 6 "a day of love." Two days later, he compared the jailed insurrectionists to people of Japanese origin held in U.S. internment camps during World War II. "Why are they still being held?" he asked.

"President Trump will make pardon decisions on a case-by-case basis," a spokesperson for the Trump campaign told USA TODAY.

If Trump wins in November, and if he pardons Rhodes, Adams faces not only the ignominy of her ex-husband being publicly absolved for the seditious acts he committed. She also believes she faces very real danger.

10/28/25, 2:48 PM                    Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT      Document 3      Filed 10/29/25      Page 37 of 46      PageID 41

"He is somebody that had a kill list — always," Adams said, noting the list was something Rhodes kept in his head, rather than on paper. "And obviously, now I'm on this list, and so are some of my kids, I'm sure."

"I've got to keep him in jail," she added. "I have to keep him in jail, and it can't fail — because I'm in a whole mess of trouble if I fail."

In interviews near their home in Eureka in September, Adams and her eldest son, 27-year-old Dakota, laid bare their fear, anxiety, and plans for a possible second Trump presidency and ensuing pardon of Rhodes.

And they laid out their reasoning, detailing, as Tasha has in court documents, two decades of alleged abuse, threats and manipulation at the hands of the man often dubbed one of the masterminds of Jan. 6.

"If Stewart is released from prison, my minor siblings, especially, need to not be in the United States any more, before he has a chance to get to Montana," said Dakota Adams. "I have absolutely no faith in any protection of the law whatsoever."

At the core of their worry is that Rhodes, who has now spent more than two years in prison, is likely stewing and obsessed with how he believes he has been wronged by his family, Tasha and Dakota Adams said. Tasha Adams said it was her testimony in Rhodes' prosecution that almost certainly prevented him from being released on bail before his trial — another thing he will resent, she said.

"I informed them all about his escape tunnels and the abuse and how he was always plotting to escape if federal agents came," Adams said. "I'm sure he thinks if he was out on bail, he would have had more control over his legal case, and he would have won."

Writer Jason Van Tatenhove, who once served as a spokesman for the Oath Keepers and who Rhodes lived with for eight months at the start of his divorce, said Adams and her family are right to be concerned. Van Tatenhove told USA TODAY Rhodes definitely had a kill list in his head.

Van Tatenhove also told the U.S. House Select Committee on the Jan. 6 attack that Rhodes even discussed creating a deck of cards for the Oath Keepers featuring people who he believed had wronged him and the country similar to the "Most Wanted" cards developed by the U.S. Defense Intelligence Agency during the Iraq war.

"It was based on the trading card pack the U.S. military put together of the most-wanted people to bring in dead or alive," Van Tatenhove said. "He wanted to do something very much like that. He holds grievances pretty tight."

Rhodes declined several requests for interviews, either in-person or by phone. Two of his attorneys strenuously denied the accusations made by Tasha and Dakota Adams, and said any notion that they are in danger from Rhodes is entirely unfounded.

"There was never any allegation of threats to his wife or his children that came before the divorce court," said Ed Tarpley, one of Rhodes' defense attorneys. "The divorce proceedings have lasted for six years, and in that whole six year period of time, there's never been a reference or a mention of a kill list."

## The Oath Keepers: Delusion, megalomania and 'magic money'

Adams met Rhodes at a Las Vegas dance class in 1991. At first she was charmed by the gruff-voiced, fiercely intelligent Army veteran, and photographs she shared with USA TODAY show a happy, hopeful young couple on their wedding day, grinning over their first child, Dakota, and hugging in front of a Christmas tree.

But as the years passed, Adams said she began to understand that Rhodes wasn't just your average smart young man frustrated by a lack of opportunities and money. Rhodes' ideas weren't just original and interesting, she said, they also often veered into the conspiratorial, paranoid and unhinged.

While Rhodes pursued his ideas and toyed with a career in the law, alternating between taking VA-subsidized classes and lying somnolent on the couch, Adams worked multiple jobs, including as an exotic dancer, to support the growing family.

Looking back three decades later with the wisdom of countless hours of therapy and counseling, Adams said she missed all the obvious signs that Rhodes is a classic egomaniac, bent on abusing and manipulating everyone around him for his own gain.

"I would say Stewart fit the profile of a pretty typical abusive husband and father, hitting pretty much every red flag, every notch in the narcissist-slash-sociopathic handbook," Adams said.

10/28/25, 2:48 PM       Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT    Document 3    Filed 10/29/25    Page 39 of 46    PageID 43

Rhodes' megalomania hit overdrive with the founding and almost overnight success of the Oath Keepers, Adams said. The far-right group, aimed at current and former law enforcement officers and military, had as its central premise a list of orders that such personnel would never obey. The list included refusing to "disarm the American people," impose martial law or imprison American citizens as "enemy combatants."

"He was just adamant that this was going to be world changing, that this was going to take off," Adams said.

And it did.

Membership of the Oath Keepers soared. Money flooded in. Rhodes began appearing on far-right talk shows and fostered a relationship with the conspiracy theorist Alex Jones, who helped further promote Rhodes' organization and ambitions. The former Yale law student was finally fulfilling his potential.

But for Adams, stuck now in a remote, 800-square-foot Montana cabin and caring for six children, the comforts and riches brought by fame remained a distant concept.

Adams described constantly scratching for money to stay afloat, even as Rhodes traveled the country, splurging on new weapons, clothes and hotel rooms for himself.

"We were constantly on the verge of being evicted," she said. "Everything was broken at one point — the toilet, the sink, the oven, everything — we were washing clothes by hand, and if you turned on the sink, it ran into the electrical box. We were going to the bathroom in the woods, just living in this cabin 20 miles from cell service."

Also living on the property was a revolving cast of "Oath Keeper dudes," Adams said. Men would come and go, staying in trailers surrounding the cabin. Meanwhile Rhodes would appear from time to time, renting a car to drive out to the cabin, where he would splash out on steak dinners and bizarre gifts for the children, Adams said.

"The kids had a term — they called it 'Magic Money,' which is when he would return home from a trip with a wallet full of cash," she said. "He would get very spendy, and I would feel guilty accepting money or gifts from him, because the bills aren't getting paid and the kids need shoes. He's buying a kid a fancy $150 lamp, but they don't even have a bedroom. They're sleeping on a pad on the floor."

10/28/25, 2:48 PM

Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT     Document 3     Filed 10/29/25     Page 40 of 46     PageID 44

The odd habits, near-constant absence and growing suspicion that Rhodes was cheating on her with multiple women were all hard to bear, Adams said. But as the Oath Keepers thrived off the growing national discord and the swelling of the far-right so-called militia movement under the aegis of Trump, Rhodes' paranoia and irrationality reached fever pitch.

And life inside the tiny, freezing cabin, with its broken appliances, became almost unbearable.

## 'We're going to die if we stay'

Dakota Adams grew up in a sort of fog of imagined war and conflict, most of it dreamed up by his father.

What's so galling for Adams, who took his mother's last name a couple of years ago in defiance of Rhodes, is that the prepping, training and maneuvers he learned as child soldier in Rhodes' wannabe militia haven't even served him well as a young adult.

"I would not say that any of my militia training skills have been applicable to anything," Adams said. "I cannot overstate how dysfunctional and ineffective our apocalypse prepping at home was."

Adams is a typical man of Montana, albeit one who wears eye makeup and a torn denim vest adorned with patches of his favorite local bands. Tall and muscular, he works on building sites, putting up drywall, and volunteers for the local fire department, often spending days at a time fighting wildfires in his home state.

Now 27, Adams says he has "no venom left" for his father. He said he spent years trying his hardest to provide for and protect his siblings from a man who was equal parts abusive and ridiculous.

As such, Adams' stories of life in the cabin swing from the terrifying to the absurd. Like the time in 2018 Rhodes bought a T-shirt printing press to make shirts with Hilary Clinton memes on them, only to abandon the project as soon as he realized how impractical it was to manage a mail merchandise business from a cabin 30 minutes from the nearest town.

While Adams said he wasn't handed skills or fatherly affection that would stick with him through his life, he certainly still carries other emotions and triggers that Rhodes' behavior instilled in him.

10/28/25, 2:48 PM       Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT    Document 3    Filed 10/29/25    Page 41 of 46    PageID 45

"I get an immediate adrenaline spike from heavy footsteps on a floor above me, because that was the key that Stewart had woken up from a 12 hour prescription painkiller nap and was coming downstairs to scream at everybody," he told USA TODAY.

Tasha and Dakota Adams describe the peak Oath Keeper years of 2016 to 2018 as a chaotic, terrifying regime under the Rhodes dictatorship.

When Rhodes was home, he would swing into violent rages at the slightest provocation, Tasha Adams said. That anger would often morph into episodes of regret, self-pity and paranoid delusions about Rhodes' role in the world and the future of the bizarre brand he was still building with the Oath Keepers.

Adams described meticulously planning every move in the cabin. She planned escape routes past Rhodes from every possible position in the home. And she began doing ballistics analysis — calculating where she should stand when confronting her husband or being berated by him, in order that a bullet passing through her from one of his many guns wouldn't go on to hit any of her children.

"Drawing his handgun was something that had happened every couple years, but now it was happening every week," Adams said. "Lawyer that he is, he would always claim he was drawing it because he was suicidal, but he's pointing it at himself, and he's screaming at me while he's doing it — he's pointing it here, there and everywhere, and then eventually saying, 'Well, I'm suicidal,' and pointing it at his head. But that was the legal cover. The point was to terrify me."

And it wasn't just threats. Adams said Rhodes also choked one of her teenage daughters. And it was at that point that Dakota stepped in front of his mother with a message.

"Dakota said someone is going to die," Adams said. "There's no way, if you stay, that we all get out of this alive. And we might die trying to get out, but we're going to die anyway. We're going to die if we stay."

## Escaping Stewart Rhodes

One doesn't just leave Stewart Rhodes.

Escaping the Montana cabin, with six children, several dogs and a coterie of other household pets in tow was a mission Adams knew she had to meticulously plan. So, over several

10/28/25, 2:48 PM       Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT    Document 3    Filed 10/29/25    Page 42 of 46    PageID 46

months, she and Dakota contacted attorneys, planned logistics and saved every penny they could get their hands on.

Nothing was simple. A phone call to an attorney meant a 40-minute round-trip drive to cell phone coverage. Rhodes kept a tight rein on all the household money, so eking out a reserve took skill and perseverance. Adams and the family struggled through one more Thanksgiving and one more Christmas, but as 2018 dawned, she realized she couldn't face another Valentine's Day with her abuser.

On February 12, 2018, Adams and her children loaded into the one working truck on the property. Carrying bags of essentials, spare clothes and the money they had saved, they drove away. Dakota even managed to sneak away with one of his father's favorite rifles. An insurance policy in case of a family shootout.

They fled to Libby, Montana, "on the other side of the mountains" from Rhodes, as Adams puts it. From there, she called her husband, told him she had filed for divorce and said she was filing for a protective order against him. This last piece of news terrified Rhodes, Adams said, because such an order would prevent him from carrying a firearm. He pleaded with her not to take such action, and promised to leave the cabin and allow the family to move back in.

After a few nervous nights, in which Adams said Dakota's friends in the volunteer fire department helped out enormously, she and the kids moved cautiously back into the cabin. In the weeks that came, as the divorce proceedings heated up, Adams constantly worried that Rhodes would seek revenge against her and the family.

Adams detailed the abuse in a 2018 court filing. In a separate, later filing provided to USA TODAY, she also laid out numerous other instances of abuse and alleged inappropriate conduct by Rhodes against her children.

Every night, she said, Adams would block the one dirt road into the property with the truck. But she still fretted he would come back.

"My thinking was he would pull up down the road and crawl in, which I do believe, in retrospect, there's some evidence that he did do that a couple of times," Adams said.

In time, however, Rhodes' grip on the family lessened. As the Oath Keepers began to get more and more attention, he moved back to Texas, sharing a house with one of his top

10/28/25, 2:48 PM                    Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT    Document 3    Filed 10/29/25    Page 43 of 46    PageID 47

lieutenants. Adams still checked his personal Twitter account every morning, trying to get a handle on where Rhodes was that day, but as the tumultuous events of the 2020 election approached, it was clear Rhodes had another mission — another target — the U.S. Capitol and American democracy itself.

## An insurrection, a trial, and a big sigh of relief

In their case against Elmer Stewart Rhodes, federal prosecutors argued he was one of the principal architects of the Jan. 6 insurrection.

Beginning in December 2020, Rhodes and other conspirators plotted to stop Congress from certifying the results of the presidential election, the prosecutors alleged. As part of the plot, members of the Oath Keepers stashed weapons in a cache across the Potomac, assembled a Quick Reaction Force, or "QRF," and marched on the Capitol at least twice in military "stack" formations, all under Rhodes' direction.

As Jan. 6 unfolded, Tasha Adams was at home in Montana, glued to her laptop and continually hitting refresh. When she saw footage of Oath Keepers in military gear and "stack" formation, one hand on the shoulder of the person in front, she knew Rhodes had to be heavily involved.

But she also knew something else. If Rhodes was at the Capitol, cooperating with a mission he believed to be an actual coup attempt, then he must have assurances — that ever-present legal cover — that he would be protected in the long-run.

"It's like the War of the Roses," she said. "If you're someone like Stewart, you choose your king who will come out on top. And I think he thought, 'Well, if we really make this happen, I'll come out on top.'"

But, of course, Rhodes' coup never succeeded. After a few chaotic hours at the Capitol, hundreds of assaults, a handful of deaths and a mountain of mayhem, the attack on democracy was over, and the FBI was soon hunting for its ringleaders.

More than a year after the Capitol insurrection, Rhodes was arrested in Texas. In a jury trial in late 2022 marked by Rhodes' occasional outbursts, he was eventually convicted of seditious conspiracy, obstruction of an official proceeding and tampering with documents and proceedings. Last May, he was sentenced to more than 18 years in prison, the second-longest term handed down for the insurrection.

For Adams and her family, the conviction meant more than simply justice. It meant respite from more than two decades of fear and trepidation.

Two days before Rhodes' sentencing, Adams divorce had also finally come through.

"That was huge," she said. "I was like 'Now what?'"

Adams' response was to walk away from the life she had been leading in the shadows of her relationship with Rhodes. She stopped doing media appearances and put aside the book she had been writing. She took some classes and just spent her time "getting rid of Stewart's horrid crap," as she puts it.

"I had been running scared for so long, since February 2018," she said. "And most of it stops there, but then came some of the after-effects."

Then came Trump.

Then came a third presidential run for the GOP nomination.

Then came a promise to pardon the insurrectionists.

## The 'kill list'

Tasha and Dakota Adams have watched with amazement and agony as the 2024 presidential campaign has unfolded.

Dakota has responded to the trauma and drama of his youth by funneling his energies into an unlikely political campaign. He's running for a Montana state legislature seat in the crimson-red district where he still lives — as a Democrat.

Mother and son both ardently support Vice President Kamala Harris to win the election. But they admit they also both have a vested interest in Harris beating Trump. And that interest is about more than pride. It's about self-preservation.

"If Stewart ever gets out of prison, the first three people he's going to try to kill are my mom, Nancy Pelosi, and one of my sisters for testifying against him in custody hearings." Dakota said. "That's going to be his immediate priority kill list, after a couple of weeks of binge partying."

10/28/25, 2:48 PM                                   Stewart Rhodes sits in prison for Jan. 6. His family fears a pardon.

Case 3:25-cv-02924-E-BT      Document 3      Filed 10/29/25      Page 45 of 46      PageID 49

Through his attorneys, Rhodes said the claim that he poses a danger to his family is absurd.

"There's simply no basis in fact for this allegation," said Tarpley. "A statement like this is libelous and defamatory because it's so false and there's no basis in fact."

Those assurances don't assuage Dakota and Tasha Adams' fears. They've heard hundreds of unkept promises from Stewart Rhodes. They've had to clear up the messes he's left behind, whether from a leaking sink, a broken toilet or an abandoned T-shirt press.

And they're not taking any chances. In the wake of a contentious election, there are always some disgruntled voters on the losing side who say they're leaving the country for once and for all. For the Adams family, most of whom barely know life outside the rural county where they have lived for a decade, a decision to flee, perhaps across the Canadian border just 20 minutes away, won't be made out of ideology, but out of necessity.

Passport applications have been filled out. Tasha Adams is working as much as she can and saving every penny. Dakota is installing drywall by day and attending political events by evening, hoping to make contacts and raise awareness.

The whole family is waiting to learn their future once the votes are counted and a new president is installed to decide their fate.

***Got election questions? Sign up for USA TODAY's On Politics newsletter for breaking news and exclusive analysis.***

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ELMER STEWART RHODES III, 140 Bucees Boulevard Suite 300 PMB#467, Melissa, Texas 75454

**DEFENDANTS**

USA Today (division of Gannett), Will Carless of USA Today, Tasha Adams

**(b)** County of Residence of First Listed Plaintiff    Collin County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    New York County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Currently pro se Tel: (469) 936-0176  Email: erhodes1945@icloud.com

Attorneys *(If Known)*

OCT 29 2025

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332 (Federal Diversity Jurisdiction)

Brief description of cause:
Defamation per se, Defamation, Civil Conspiracy, Intentional Infliction

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$25 million incl. punitiv

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE    10/28/2025

SIGNATURE OF ATTORNEY OF RECORD
/s/ Elmer Stuart Rhodes III, digital signature per 15 U.S.C. §§ 7001 to 7004 and 96 U.S.C. §§ 7001 to 7004

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____